FILED: June 2, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4174 (L)
(2:16-cr-00103-2)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

LINDA VANNATTER

  Defendant - Appellant

_____

No. 17-4185
(2:16-cr-00103-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

STEVEN JURICK, a/k/a Brian

  Defendant - Appellant

_____

O R D E R
_____

The court deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk