IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

        **Appellee,**

v.                                                                                          Appeal No. 17-4174

**LINDA VANNATTER,**

        **Appellant.**

**MOTION TO EXTEND TIME
TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX**

Comes now the Appellant, Linda Vannatter ("VanNatter"), by her counsel, Brian D. Yost, pursuant to Rule 31(c) of the Local Rules of the Fourth Circuit, and respectfully moves this Court to grant a short extension of the due date for her brief and joint appendix, to June 30, 2017. In support of this motion, undersigned counsel represents:

1.    Pursuant to an order of this Court, Vannatter's appeal was consolidated with that of her co-defendant, Steven Jurick ("Jurick"), on April 3, 2017. See United States v. Jurick, Appeal No. 17-4185.

2.    Pursuant to the briefing order of this Court filed on April 18, 2017, the brief and joint appendix for the consolidated appeal are due on May 23, 2017.

3.    Undersigned counsel, along with counsel for Jurick, diligently worked to prepare the brief and joint appendix for filing on May 23.

4.    On May 22, 2017, counsel for Jurick filed a Motion To Extend Time To

File Appellant's Brief and Joint Appendix until June 30, 2017 to determine whether Jurick may wish to dismiss his appeal.

5. By Order entered on May 22, 2017 this Court extended the time for filing the opening brief and joint appendix to June 13, 2017.

6. On June 2, 2017, Jurick filed Appellant's Motion To Dismiss Appeal.

7. By Order entered June 2, 2017, this Court deconsolidated these cases.

8. Counsel for Vannatter requires additional time to arrange for preparation and filing of the brief and joint appendix, actions which would have been done by the Federal Public Defender's Office as counsel for Jurick in the case of a joint appeal.

7. Pursuant to Local Rule of the Fourth Circuit 27(a), undersigned counsel has informed John J. Frail, the Assistant United States Attorney assigned to represent the Appellee in this case who has advised counsel that he has no objection to the extension.

WHEREFORE, Appellant requests a short extension of time in which to file the opening brief and joint appendix in this appeal, making them due on June 30, 2017.

Respectfully submitted,

**LINDA VANNATTER**
By Counsel

/s/   Brian D. Yost,
Brian D. Yost
HOLROYD & YOST
209 W. Washington St.
Charleston, WV 25302
(304) 343-7501
byost@wvlaborlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on June 6, 2017, the foregoing MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX was electronically filed with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

**VIA CM/ECF:**     John J. Frail, Assistant United States Attorney
Office of the United States Attorney
United States Courthouse, Room 4000
300 Virginia Street East
Charleston, West Virginia 25301
John.Frail@usdoj.gov

By:  /s/  Brian D. Yost
Brian D. Yost
Counsel for Appellant
HOLROYD & YOST
209 W. Washington St.
Charleston, WV 25302
304-343-7501
byost@wvlaborlaw.com